# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRAKSA

| | |
|---|---|
| CURTIS KLUG, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WATTS REGULATOR COMPANY and WATTS WATER TECHNOLOGIES, INC.,<br><br>　　　　Defendants. | Case No.: 8:15-cv-00061-JFB-TDT<br><br><br>**ORDER** |

　　This matter comes before the Court upon the Joint Stipulation Dismissing Defendant Watts Water Technologies, Inc. And Extending Time For Response To Complaint, Filing No. 23.  The Court finds that the stipulation, Filing No. 23, should be granted.

　　IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that Defendant Watts Water Technologies, Inc. is hereby dismissed without prejudice.

　　IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Watts Regulator Company shall have until June 26, 2015, to answer, move, or otherwise respond to the Complaint.

　　IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff has the right to file a further amendment as a matter of course under Fed. R. Civ. P. 15(a)(1).

　　IT IS SO ORDERED this 3rd day of June, 2015.

　　　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge