IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CURTIS KLUG, individually and on behalf of all others similarly situated; LAWRENCE NOVER, AND NELS ROE, | | **8:15CV61** |
| Plaintiffs, | | |
| vs. | | **ORDER** |
| WATTS REGULATOR COMPANY, | | |
| Defendant. | | |

| | | |
|---|---|---|
| DURWIN SHARP, on behalf of himself and all others similarly situated; JOSEPH PONZO, on behalf of himself and all others similarly situated; KATHRYN MEYERS, AND on behalf of herself and all others similarly situated; and JOSHUA WHIPP, on behalf of himself and all others similarly situated; | | **8:16CV200** |
| Plaintiffs, | | **ORDER** |
| vs. | | |
| WATTS REGULATOR CO., | | |
| Defendant. | | |

This matter is before the Court on the defendant's motion to strike confidential declaration of Thomas J. Hackney, Filing No. 112 in 8:15cv61 and Filing No. 111 in 8:16cv200. No response or objection has been filed. The Court reviewed the motion and argument of the defendants. The specified paragraphs objected to by the defendants, paragraphs 4 and 5, regard certain settlement agreements. Defendants object on the grounds of relevance and lack of foundation. After reviewing the paragraphs, the Court finds the argument stated by the defendants is persuasive. The

Court sees no relevance in the settlement of these various cases.  Therefore, the Court will grant the motion and strike paragraphs 4 and 5.

THEREFORE, IT IS ORDERED that:

1.      Watts Regulator Company's motion to strike, Filing No. 112 in 8:15cv61 and Filing No. 111 in 8:16cv200, is granted.

2.      Paragraphs 4 and 5 of the Thomas J. Hackney declaration, Filing No. 108 in 8:15cv61 and Filing No. 106 in 8:16cv200, are stricken.


Dated this 30th day of June, 2016

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge