**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| CURTIS KLUG, LAWRENCE NOVER, and NELS ROE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WATTS REGULATOR COMPANY,<br><br>Defendant, | 8:15CV61<br><br>ORDER |
| DURWIN SHARP, JOSEPH PONZO, KATHRYN MEYERS, and JOSHUA WHIPP, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WATTS REGULATOR CO.,<br><br>Defendant. | 8:16CV200<br><br>ORDER |

This matter is before the Court on Farmers Insurance Exchange's Motion to Vacate Order Granting Watts' Motion to Strike. In its Motion, Farmers informs the Court that Watts did not serve a copy of its Motion to Strike upon Farmers until June 16, 2016. Watts' Notice of Service, filed on June 16, 2016, confirms that it did not serve Farmers with its Motion to Strike until June 16, 2016. As such, Farmers' deadline for responding to the Motion to Strike is July 5, 2016.

The Court finds that Farmers should be afforded an opportunity to respond to Watts' Motion to Strike and that the Court's June 30, 2016 Order granting Watts' Motion to Strike should be vacated. Accordingly, IT IS ORDERED:

1. Farmers Insurance Exchange's Motion to Vacate Order Granting Watts' Motion to Strike is granted.

2. The Court's June 30, 2016 Order granting Watts' Motion to Strike Confidential Declaration of Thomas J. Hackney is hereby stricken from the docket.

Dated this 1st day of July, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

Prepared and submitted by:

Patrick S. Cooper, #22399
Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
Telephone: (402) 341-6000
Facsimile: (402) 341-8290
pcooper@fraserstryker.com
ATTORNEY FOR FARMERS
INSURANCE EXCHANGE