IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CURTIS KLUG, individually and on behalf of all others similarly situated; LAWRENCE NOVER, AND NELS ROE,<br><br>        Plaintiffs,<br><br>    v.<br><br>WATTS REGULATOR COMPANY,<br><br>        Defendant. | **8:15CV61**<br><br>**ORDER** |
| DURWIN SHARP, on behalf of himself and all others similarly situated; JOSEPH PONZO, on behalf of himself and all others similarly situated; KATHRYN MEYERS, on behalf of herself and all others similarly situated; and JOSHUA WHIPP, on behalf of himself and all others similarly situated;<br><br>        Plaintiffs,<br><br>    v.<br><br>WATTS REGULATOR CO.,<br><br>        Defendant. | **8:16CV200**<br><br>**ORDER** |

This matter is before the court on the parties' Joint Motions to Continue the Final Fairness Hearing and to Correct a Typographical Error in *Klug v. Watts* (Filing No. 139 in 8:15cv61 and Filing No. 145 in 8:16cv200). The court finds the motions should be granted.

IT IS ORDERED that:

1. The Final Fairness Hearing originally scheduled for March 8, 2017, at 1:30 p.m., shall be continued until April 12, 2017, at 1:30 p.m.

2

2. The court's Order granting preliminary approval in *Klug v. Watts*, No. 8:15cv61 (Filing No. 138) is modified as follows on page 10 at ¶ 24(b) and (c):

    b. All Requests to opt out of the Settlement must be received by the Claims Administrator within forty-five (45) days of the Notice Date ("Opt Out Deadline").

    c. All Objections to the Settlement must be received by the Court within forty-five (45) days of the Notice Date ("Objection Deadline").

Dated this 13th day of December, 2016.

                            BY THE COURT:

                            s/ Joseph F. Bataillon
                            Senior United States District Judge