IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CURTIS KLUG, LAWRENCE NOVER, AND NELS ROE, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WATTS REGULATOR COMPANY,<br><br>　　　　　Defendant. | **8:15CV61**<br><br>**ORDER** |
| DURWIN SHARP, JOSEPH PONZO, KATHRYN MEYERS, and JOSHUA WHIPP, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WATTS REGULATOR CO.,<br><br>　　　　　Defendant. | **8:16CV200**<br><br>**ORDER** |

　　　This matter is before the court on Farmers Insurance Exchange's notice of withdrawal of its Motion for an Award of Attorneys' Fees and Reimbursement of Expenses (Filing No. 143 in Case No. 8:15cv61; Filing No. 149 in Case No. 8:16cv200) and its Objection to Plaintiffs' Motion for Attorneys' Fees and Costs (Filing No. 149 in Case No. 8:15cv61; Filing No. 155 in Case No. 8:16cv200).  It represents that Farmers and Class Counsel have settled and resolved the issues raised in the motions.  Accordingly,

　　　IT IS ORDERED that:

2

1.  Farmers Insurance Exchange's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses (Filing No. 143 in Case No. 8:15cv61; Filing No. 149 in Case No. 8:16cv200) is denied as moot.

2.  Farmers Insurance Exchange's Objection to Plaintiffs' Motion for Attorneys' Fees and Costs (Filing No. 149 in Case No. 8:15cv61; Filing No. 155 in Case No. 8:16cv200) is denied as moot.

Dated this 10th day of April, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge