IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CURTIS KLUG, individually and on behalf of all others similarly situated; LAWRENCE NOVER, and NELS ROE,<br><br>    Plaintiffs,<br><br>  vs.<br><br>WATTS REGULATOR COMPANY,<br><br>    Defendant. | **8:15CV61/16CV200**<br><br>**ORDER** |
| DURWIN SHARP, on behalf of himself and all others similarly situated; JOSEPH PONZO, on behalf of himself and all others similarly situated; KATHRYN MEYERS, on behalf of herself and all others similarly situated; and JOSHUA WHIPP, on behalf of himself and all others similarly situated;<br><br>    Plaintiffs,<br><br>  vs.<br><br>WATTS REGULATOR CO.,<br><br>    Defendant. | |

    This matter is before the Court on a letter dated November 5, 2019, from Counsel Glen Abrahamson of the Berger & Montague Law Firm. It appears from the letter that certain settlement funds may have been appropriated by Craig Cohen, a subrogation attorney. Criminal charges are currently pending against Mr. Cohen regarding these actions. Accordingly, the Court will hold a phone conference on November 26, 2019, at 10:30 a.m. to discuss the same with Counsel. Likewise, the Court will require and order

the Berger & Montague Law Firm to perform an accounting of the money distributed by the firm as part of this class action.

**THEREFORE, IT IS ORDERED THAT:**

1. Counsel will be provided with phone conference information via email.
2. The law firm of Berger & Montague shall perform an accounting of the money distributed by the firm as part of this class action.  Such accounting shall be provided to the Court within thirty (30) days of the date of this Order.
3. Counsel for the law firm of Berger & Montague is ordered to provide a copy of this Order to counsel for the defendant Craig Cohen.

Dated this 13th day of November, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge